267.  ATLANTIC & BIRMINGHAM RAILWAY CO. *v.* ROBERSON.

POWELL, J.  This being an action for personal injuries received in railway employment, and the evidence, while conflicting, being entirely consonant with the theory that the injuries resulted from the negligence of a fellow-servant, and that the plaintiff was not at fault, a verdict in favor of the plaintiff, approved by the trial judge, will not be disturbed.
                                                   *Judgment affirmed.*

Action for damages, from city court of Brunswick—Judge Gale. September 8, 1906.

Argued April 8,—Decided April 25, 1907.

*Crovatt & Whitfield,* for plaintiff in error.

*J. D. Sparks,* contra.